### SPENCER v. BUSCH.

(Supreme Court, Appellate Term.   November 14, 1906.)

APPEAL—RECORD.
    The appeal purporting to be from a certain judgment, and no such judgment appearing in the record, the questions involved in the appeal cannot be considered.

Appeal from Municipal Court, Borough of Manhattan, Twelfth District.

Action by Selden E. Spencer against Clarence M. Busch.   From a judgment for plaintiff, defendant appeals.   Papers returned to files. See 98 N. Y. Supp. 690.

Argued before GILDERSLEEVE, DUGRO, and DOWLING, JJ.

W. Russell Osborn, for appellant.
Holden & Rogers, for respondent.

PER CURIAM.   This purports to be an appeal from a judgment of the Municipal Court, entered for costs after the reversal of a judgment in this case by the Appellate Term.   No such judgment appears in the record.   The question involved cannot be passed upon in the present state of the record, and the papers are therefore returned to the files of the court to await such action as counsel may advise.